# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ELAINE PAGNANI**,

    Plaintiff,

v.                               **CASE NUMBER: 1:12-CV-1287 (NAM/VEB)**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation (Dkt. No. 13) is accepted and adopted. It is further ORDERED that Commissioner's decision is reversed, and the matter is remanded for further administrative proceedings in accordance with this Memorandum-Decision and Order and the Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 26th day of March, 2014.

DATED: March 26, 2014

*[signature]*
Clerk of Court

By: s/ Nicole Killius
Deputy Clerk